377 A.2d 174

Commonwealth v. Hooks, Appellant.

Submitted November 8, 1976. Norman A. Levine, Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., would remand for a sentencing opinion for the reasons stated in his dissenting opinion in *Commonwealth v. Olsen*, 247 Pa.Superior Ct. 513, 523–527, 372 A.2d 1207, 1212–1214 (1977).